UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN D. DILTZ,<br><br>              Petitioner,<br><br>    v.<br><br>JERI BOE,<br><br>             Respondent. | CASE NO. C18-981-JCC-JPD<br><br>ORDER GRANTING PETITIONER EXTENSION OF TIME TO REPLY AND RE-NOTING HABEAS PETITION |

This is a federal habeas action filed under 28 U.S.C. § 2254. The Court has reviewed petitioner's motion requesting an extension of time to reply to respondent's Answer. Dkt. 12. Specifically, petitioner requests at least sixty days from respondent's October 15, 2018 filing date to file his reply, as he considered respondent's Answer to be complicated and voluminous.

The Court GRANTS petitioner's motion. Dkt. 12. Petitioner shall file his optional reply brief by no later than **Monday, December 17, 2018**. In light of the lengthy nature of this extension of time, petitioner is advised that no further extensions of time to reply will be granted absent extraordinary circumstances. Respondent may file and serve a reply by no later than **Friday, December 21, 2018**.

1     The Clerk of the Court is directed to RE-NOTE petitioner's habeas petition for

2 consideration on **Friday, December 21, 2018.**

3     DATED this 16th day of October, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER
EXTENSION OF TIME TO REPLY AND
RE-NOTING HABEAS PETITION - 2