# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEVIN D. DILTZ,

    Petitioner,

v.

JERI BOE,

    Respondent.

Case No. C18-981-JCC-JPD

MINUTE ORDER

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On November 13, 2018, petitioner requested a copy of "Document 13 filed on 10/15/18 (21 pages)," which is respondent's response to his habeas petition. Dkt. 16. Attached to petitioner's request, however, is a complete copy of that document. Dkt. 16-1. Thus, it appears that petitioner has been provided with a copy, and no further action is needed.

DATED this 19th day of November, 2018.

                              William M. McCool
                              Clerk of the Court

                              s/ Thomas Hernandez
                              Deputy Clerk