THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN D. DILTZ, | CASE NO. C18-0981-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| JERI BOE, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion for extension of time (Dkt. No. 27) to respond to the report and recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 23). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The date by which Petitioner must file an objection to Judge Donohue's report and recommendation is hereby EXTENDED from April 19, 2019 to May 10, 2019. The Clerk is DIRECTED to re-note Judge Donohue's report and recommendation (Dkt. No. 23) to May 13, 2019.

DATED this 5th day of April 2019.

MINUTE ORDER
C18-0981-JCC
PAGE - 1

1                                                      William M. McCool
                                                  Clerk of Court

2

3                                                 s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C18-0981-JCC
PAGE - 2